**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | | |
|---|---|---|
| **STEVE E. VOEGTLIN,** | ) | **Case No. 4:11-CV-00243** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER OF FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| **IOWA INTERSTATE RAILROAD, LTD.** | ) | |
| | ) | |
| **Defendant.** | ) | |

This cause came to the attention of the Court upon the Joint Motion to Dismiss with Prejudice filed herein by the parties.

IT IS THEREFORE, CONSIDERED, ORDERED AND ADJUDGED, that the above-captioned case be and the same hereby is dismissed with prejudice to the bringing of a future action, each party to pay its own costs, with the complete record waived.

DATED, ENTERED AND FILED this 22nd day of November , 2011.

_____

JAMES E. GRITZNER, Chief Judge
U.S. DISTRICT COURT